```
                                  UNITED STATES DISTRICT COURT
                                     DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA,       :

        Plaintiff,    :

                                   Civil Action No. 04-115(JWB)

    v.               :

                                     **O R D E R**

ANTONIO PIRES DE ALMEIDA;       :
TURIST-CAMBIO VIAGENS e
TURISMO LTDA; KESTEN            :
DEVELOPMENT CORP. and
ROSELI CIOLFI,                  :

        Defendants.    :

For the reasons set forth in the Court's Opinion filed herewith,

It is on this   7th   day of March, 2005,

**ORDERED** that Defendants' motion to dismiss Plaintiff's Complaint be, and it hereby is granted, and said Complaint is dismissed with prejudice, as to all Defendants.

                                             /s/   John W. Bissell
                                               JOHN W. BISSELL
                                                  Chief Judge
                                       United States District Court